# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| GREATAMERICA FINANCIAL SERVICES CORPORATION, Plaintiff, vs. GDC TECHNICS, LTD., Defendant. | No. 16-CV-162-LRR **ORDER** |

The matter before the court is Plaintiff GreatAmerica Financial Services Corporation's ("GreatAmerica") unresisted "Motion to Remand" ("Motion") (docket no. 10), filed on August 15, 2016.

On August 15, 2016, the parties notified the court that they had settled the above-captioned case. *See* Aug. 15, 2016 Order (docket no. 9). To the court's understanding, the parties' settlement notice reflected the parties' resolution of the issues raised in the previously filed Motion to Dismiss (docket no. 3).[1] Consistent with the court's understanding, GreatAmerica filed the Motion, which seeks to remand the case to state court, thereby resolving the case as it exists before the court. *See* Motion at 1.

For the reasons stated in the Motion, the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to **REMAND** this case to the Iowa District Court for Linn County and to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

---

[1] The August 15, 2016 Order states that "[u]nless a stipulation of dismissal or request for extension of time is filed by no later than thirty days from the date of this Order, this case will be dismissed with prejudice." Aug. 15, 2016 Order at 1. In this case, the court views the Motion as "a stipulation of dismissal" resolving the case. The August 15, 2016 Order does not purport to address any claims on the merits. The Iowa District Court for Linn County may proceed as if no removal had occurred.

**DATED** this 22nd day of August, 2016.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA